1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

SOUTHERN DISTRICT OF CALIFORNIA

10

11 WILLIAM D. CRESSWELL,

12              Plaintiff,

13 v.

14 HCAL CORPORATION,

15              Defendant.

16

Case No. 04-CV-0388 BTM (RBB)

[PROPOSED] ORDER
ON MOTION EXTENDING CERTAIN
PRE-TRIAL DATES [Doc. #157];

and ORDER CONTINUING HEARING
ON PLAINTIFF'S MOTION TO DISMISS
[Doc. #146]

17          Upon consideration of the Joint Motion Extending Certain Pre-Trial Dates submitted to the

18 court for filing on March 23, 2007,

19          1.      The March 30, 2007, deadline for the parties to meet and confer, pursuant to Local

20 Rule 16.1(f), shall be extended to May 11, 2007.

21          2.      The April 6, 2007, deadline for the parties to serve and lodge a revised pretrial

22 order, including objections, with the Clerk of the Court, shall be extended to May 18, 2007.

23          3.      The Final Pretrial Conference, which is currently scheduled for April 12, 2007, at

24 2:30 p.m. before the Honorable Barry Ted Moskowitz, United States District Judge, shall be

25 rescheduled so that it is held before Judge Moskowitz on May 23, 2007, at 3:00p.m.

26 //

27 //

28

4.      The re-opening of discovery so that defendant HCAL Corporation may investigate certain categories of plaintiff William D. Cresswell's damages until March 29, 2007, shall be extended until April 30, 2007.

In addition, the Court, *sua sponte*, has determined that, in light of the ongoing settlement discussions, it is appropriate to continue the hearing on Plaintiff's pending motion to dismiss, which is currently scheduled for March 29, 2007.  Plaintiff's motion shall be rescheduled for hearing on **May 4, 2007 at 11:00am**.  **The Court will hear oral argument on this motion at that time**.

IT IS SO ORDERED.

Dated: March 27, 2007

_____
JUDGE OF THE DISTRICT COURT

2                               Case No.   04-CV-0388 BTM (RBB)
                                [PROPOSED] ORDER
                                ON MOTION EXTENDING CERTAIN PRE-
                                TRIAL DATES