1
2
3
4
5
6
7
8              UNITED STATES DISTRICT COURT

9             SOUTHERN DISTRICT OF CALIFORNIA

10

11   WILLIAM D. CRESSWELL,                 Case No. 04-CV-0388 BTM (RBB)

12            Plaintiff,                    Hon. Ruben B. Brooks, Magistrate Judge
                                            Courtroom:  B, First Floor
13   v.
                                            **ORDER COMPELLING PLAINTIFF**
14   HCAL CORPORATION,                      **WILLIAM D. CRESSWELL TO SUBMIT**
                                            **TO TESTING WITH DEFENDANT HCAL**
15            Defendant.                    **CORPORATION'S PULMONARY EXPERT**

16   _____

17         This Court, having considered defendant HCAL Corporation's *ex parte* application to

18   compel plaintiff William D. Cresswell to submit to follow-up testing with its pulmonary expert,

19   and good cause appearing:

20         **IT IS HEREBY ORDERED** that  plaintiff William D. Cresswell submit to testing with

21   Charles Landers, M.D., no later than  March 30, 2007.

22    Dated: March 23, 2007         _____

23                                  MAGISTRATE JUDGE OF THE DISTRICT COURT

24   3802005.1
25
26
27
28
     _____
                                        1        Case No. 04-CV-0388 BTM (RBB)
                                                 [PROPOSED] ORDER COMPELLING
                                                 PLAINTIFF TO SUBMIT TO TESTING