| | |
|---|---|
| 1  Clark Garen, CA Bar No. 50564<br>   Law Offices of Clark Garen<br>2  P.O. Box 1790<br>   Palm Springs, CA 92263<br>3  Telephone:   (760) 323-4901<br>   Fax:         (760) 288-4080<br>4<br>5  Attorney for Plaintiff | FILED<br>2007 MAY 22  AM 10:48<br>CLERK US DISTRICT COURT<br>SOUTHERN DISTRICT OF CALIFORNIA<br>BY _____RM_____ DEPUTY |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM D. CRESSWELL<br><br>              Plaintiff,<br>v.<br><br>HCAL, INC.<br><br>              Defendant. | Case No.:04 cv 0388 BTM(RBB)<br><br>**PLAINTIFF'S REQUEST TO SUBSTITUTE HIS ATTORNEY OF RECORD and**<br><br>**ORDER THEREON** |

        I, William D. Cresswell, plaintiff herein, hereby request that I be permitted to substitute my attorney of record as follows:

1.    Former attorney:    Paul D. Jackson

2.    New attorney:       Clark Garen, CA State Bar No. 50564

                          Law Offices of Clark Garen
                          P.O. Box 1790
                          Palm Springs, CA 92263
                          Telephone:   (760) 323-4901
                          Fax:         (760) 288-4080

        I hereby request and consent to this substitution:

Date: _May 16, 2007_                             _/s/ William D. Cresswell_
                                                 William D. Cresswell
                                                 Plaintiff

        I hereby consent to this substitution:

Date: _May 14, 2007_                             _/s/ Paul D. Jackson_
                                                 Paul D. Jackson
                                                 Former Attorney of Record

1  I hereby consent to this substitution:

3  Date: 5/16/2007

   Clark Garen
   New Attorney of Record

5  //

## ORDER

8  Good Cause appearing, the request of plaintiff to substitute his counsel of record is approved. Paul D. Jackson, Esq. is hereby relieved, and Clark Garen, Esq. appointed, as the attorney of record for plaintiff William D. Cresswell.

11 //

12 Dated: 5-21-07

   JUDGE OF THE DISTRICT COURT

PROOF OF SERVICE BY MAIL

(1013a, 2015.5 C.C.P.)

STATE OF CALIFORNIA       )
COUNTY OF RIVERSIDE       )  S.S.

    I am a citizen of the United States and a Resident of the County Aforesaid; I am over the age of eighteen years and not a party to the within entitled action; my business address is: 17100 NORTH INDIAN, NORTH PALM SPRINGS, CALIFORNIA 92258

    On April 16, 2007, I served the within OPPOSITION BY WILLIAM D. CRESSWELL TO MOTION OF PAUL D. JACKSON TO BE RELIEVED AS PLAINTIFF'S ATTORNEY OF RECORD on the interested parties herein in said action by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at NORTH PALM SPRINGS, CALIFORNIA addressed as follows:

LAW OFFICES OF PAUL D. JACKSON
PAUL D. JACKSON, ESQ.,
10951 SORRENTO VALLEY ROAD
SAN DIEGO, CALIFORNIA 92121

PHILLIP L. KOSSY,
LUCE, FORWARD, HAMILTON & SCRIPPS, LLP
600 WEST BROADWAY,
SUITE 2600,
SAN DIEGO, CALIFORNIA 92101-3372

    I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

    EXECUTED ON April 16, 2007 AT PALM SPRINGS, CALIFORNIA

_____
CLARK GAREN, DECLARANT